IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3065 |
| vs. | ORDER |
| BRANDON L. BJORKMAN, | |
| Defendant. | |

Defendant's sentencing on Count II of the indictment has been continued. The defendant requests a continuance of the status conference on Count I, which was purposefully scheduled to occur after Defendant's sentencing. The government does not oppose the motion.

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 48), is granted.

1) A status conference will be held at 11:00 a.m., on June 8, 2016 in Courtroom 2, United States Courthouse, Lincoln, Nebraska before the undersigned magistrate judge to discuss a potential trial setting. The defendant, defense counsel, and the counsel for the government shall be present for the hearing.

3) The time between today's date and June 7, 2016 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately consider the parties' options as to Count I and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

April 25, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge