IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>BRANDON L. BJORKMAN,<br><br>                  Defendant. | 4:15-CR-3065<br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 59) Count I of the superseding indictment (filing 15).

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 59) is granted.

2. Count I of the superseding indictment is dismissed without prejudice.

Dated this 1st day of June, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge