IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3065 |
| vs. | FINAL ORDER OF FORFEITURE |
| BRANDON L. BJORKMAN, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 64).

On March 11, 2016, the Court entered a Preliminary Order of Forfeiture (filing 36) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to knowing possession of a visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the operative indictment. Filings 29 and 33. By way of the Preliminary Order of Forfeiture, the defendant's interest in a home-built black AZZA desktop computer without a serial or model number was forfeited to the United States. Filing 36.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on March 22, 2016, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 63) was filed on June 6, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 64) is granted.

2. All right, title, and interest in and to the home-built black AZZA desktop computer without a serial or model number held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 6th day of June, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge